UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
THYMUS SHIPPING CORP.,

             Plaintiff,

    -against-

JANGHA MARINE CORP.,

             Defendant.
---------------------------------x

ECF

**RULE 7.1 STATEMENT**

07 CV 10522

JUDGE STANTON

RECEIVED NOV 21 2007 S.D.N.Y. CASHIERS

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, THYMUS SHIPPING CORP. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
           November 21, 2007

                                CARDILLO & CORBETT
                                Attorneys for Plaintiff
                                THYMUS SHIPPING CORP.

                      By: _____
                                James P. Rau (JR 7209)

                                Office and P.O. Address
                                29 Broadway, Suite 1710
                                New York, New York 10006
                                Tel: (212) 344-0464
                                Fax: (212) 797-1212