STANTON, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THYMUS SHIPPING CORP.,                :
                                      :   ECF
                     Plaintiff,       :   ORDER APPOINTING
                                      :   PERSON TO SERVE
       -against-                      :   PROCESS
                                      :   07 Civ. 10522 (LLS)
JANGHA MARINE CORP.,                  :
                                      :
                     Defendant.       :
------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/07

Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, ~~paralegal or other agent~~ of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

Upon reading the Affidavit of James P. Rau, sworn to November 21, 2007, and good cause having been shown,

IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, or associate, ~~paralegal or other agent~~ of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

LLS

Dated:  New York, New York
        November 21, 2007

_____
Louis L. Stanton
United State District Judge

