UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THYMUS SHIPPING CORP.,                : 07 cv 10522 (LLS)
                                      :
                Plaintiff,            :
                                      :
                                      : **NOTICE OF**
    - against -                       : **RESTRICTED APPEARANCE**
                                      :
JANGHA MARINE CORP.,                  :
                                      :
                Defendant.            :
-------------------------------------------------------------X

JANGHA MARINE CORP. by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rules E(4)(f) and E(8) in this action for the purpose of seeking to vacate the Ex Parte Order dated November 21, 2007, or alternatively, modifying the Ex Parte Order and/or for security on its counterclaim under Rule (E(7).

Dated: March 8, 2008
       New York, NY

                            LENNON, MURPHY & LENNON, LLC
                            *Attorneys for* JANGHA MARINE CORP.

                        By: _____
                            Kevin J. Lennon

                            The GrayBar Building
                            420 Lexington Avenue, Suite 300
                            New York, NY 10170
                            (212) 490-6050 - phone
                            (212) 490-6070 - facsimile
                            kjl@lenmur.com

## CERTIFICATION OF SERVICE

I hereby certify that on March 8, 2008, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Kevin J. Lennon