UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THYMUS SHIPPING CORP.,                         07-CV-10522 (LLS)

                Plaintiff,

    - against -

JANGHA MARINE CORP.,

               Defendant.
------------------------------------------------------------X

**ORDER TO SHOW CAUSE WHY**
**RULE B MARITIME ATTACHMENT SHOULD NOT BE REDUCED**

Upon the annexed Declaration of Captain Mohiuddin Abdul Kadir Mak, The Declaration of Kevin J. Lennon, dated April 2, 2008, and the accompanying Memorandum of Law and the pleadings and proceedings heretofore had herein:

Let the Plaintiff THYMUS SHIPPING CORP. ("Plaintiff") show cause before the Honorable Louis Stanton, Unites States District Court Judge, at 500 Pearl Street, Courtroom 2250, New York, New York, 10007, pursuant to the Supplemental Admiralty Rule E(4)(f) and Local Admiralty Rule E.1, on the 4th day of April 2008 at 3 P.M. o'clock or as soon thereafter as counsel can be heard why; (1) the maritime attachment shall not be reduced, and (2) an Order shall not be issued for such other and further relief as the Court may deem just and proper.

Let service of a copy of this Order and the accompanying Declarations, exhibits, and Memorandum of Law, if served upon Cardillo & Corbett, Suite 1710, 29 Broadway, New York, NY 10006-3280 attorneys for the Plaintiff, on or before 5 PM o'clock on April 2, 2008 (service to be made either by courier, fax or e-mail) be deemed good and sufficient service.

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and/or memoranda of law, shall be served so as to be received by counsel for the movant, Lennon, Murphy & Lennon LLC by fax or e-mail on or before the 4th day of April 2008 by 1 PM o'clock.    LLS

Reply papers, if any, shall be served on counsel for Plaintiff on or before ____ o'clock on April, 2008 (service to be made either by courier, fax or e-mail) be deemed good and sufficient service.

Dated: New York, NY
    April 2, 2008
    3:42 P.M.

**SO ORDERED:**

_Louis L. Stanton_
**Hon. Louis L. Stanton**
**United States District Judge**