ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
THYMUS SHIPPING CORP.,

                Plaintiff,        07 Civ. 10522 (LLS)

      - against -                   ORDER

JANGHA MARINE CORP.,

                Defendant.
- - - - - - - - - - - - - - - - - -X

    For the reasons stated upon the record in open court today, defendant's motion to reduce the amount of maritime attachment is denied.

    So ordered.

Dated:  New York, New York
        April 17, 2008

                                       LOUIS L. STANTON
                                         U. S. D. J.