ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

THYMUS SHIPPING CORP.,

Plaintiff,

- against -

JANGHA MARINE CORP.,

Defendant.

- - - - - - - - - - - - - - - - - - -X

07 Civ. 10522 (LLS)

ORDER

With respect to Kevin J. Lennon, Esq.'s June 27, 2008 letter to the Court,

1. The letter gives no reason to "waive the pre-motion conference requirement set out in [this Court's] individual rules." By failing to arrange a pre-motion conference, without such a waiver, Mr. Lennon may have violated that rule. Mr. Lennon shall show cause by affidavit on or before 12:00 noon on Wednesday, July 16, 2008 (a) why sanctions should not be imposed upon him, and (b) why, if sanctions are nevertheless imposed, they should not reflect the expense imposed upon plaintiff in responding to a motion which might wholly or partly have been disposed of during a pre-motion conference.

2. With respect to oral argument, attention is invited to this Court's Individual Practice Rule 2.E, which provides in

relevant part: "The court will determine whether argument will be heard and, if so, will advise counsel of the argument date."

So ordered.

Dated: New York, New York
July 9, 2008

Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.