```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THYMUS SHIPPING CORP.,              :
                                    :   07 Civ. 10522(LLS)
                Plaintiff,          :         ECF
                                    :
        -against-                   :   ORDER UPON STIPULATION
                                    :   OF DISMISSAL
JANGHA MARINE CORP.,                :
                                    :
                Defendant.          :
------------------------------------x
```

WHEREAS, Plaintiff, THYMUS SHIPPING CORP. (hereinafter referred to as "Thymus"), and the Defendant, JANGHA MARINE CORP. (hereinafter referred to as "Jangha"), have settled their claims and counterclaims in the instant matter, and

WHEREAS, pursuant to the Stipulated Order Directing Release of Attached Property dated August 1, 2008 (the "Stipulated Order") Thymus has received the settlement payment of $220,000 from the attached funds at JP Morgan Chase, with the balance of the attached funds at JP Morgan Chase having been received by Jangha, and

WHEREAS, the parties have agreed that the Ex-Parte Order of Maritime Attachment and Garnishment issued in this action on November 21, 2007 should be vacated forthwith; and

WHEREAS, the parties have agreed that any garnishee other than JPMorgan Chase that has been served with Process of Maritime Attachment and Garnishment in this action should immediately release any and all property of Jangha pursuant to

instructions from its counsel as to where the funds should be remitted;

**WHEREFORE, IT IS HEREBY ORDERED** as follows:

1. The Ex Parte Order of Maritime Attachment and Garnishment issued in this action on November 21, 2007 is vacated; and

2. Any garnishee (other than JP Morgan Chase) that has been served with Process of Maritime Attachment and Garnishment in this action shall immediately release all property of Jangha pursuant to instructions from its counsel as to where the funds should be remitted; and

3. This action together with all claims and counterclaims asserted therein shall be dismissed, with prejudice and without costs.

Dated:   New York, New York
         August 6, 2008

CARDILLO & CORBETT
Attorneys for Plaintiff
THYMUS SHIPPING CORP.

By: _____
James P. Rau (JR 7209)
29 Broadway, Suite 1710
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

                                          LENNON, MURPHY & LENNON, LLC
                                        Attorneys for Defendant
                                        JANGHA MARINE CORP.

By: _____
       Kevin J. Lennon (KL 5072)

                                        The Gray Bar Building
                                        420 Lexington Avenue, Suite 300
                                        New York, NY 10170
                                        Tel: (212) 490-6050
                                        Fax: (212) 490-6070

SO ORDERED:

_____
U.S.D.J.
      8/12/08

3